AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Josue Guadalupe Baylon-Gomez<br>A208 176 264<br>Daniel Avilez-Galeano<br>A208 176 265<br>Severo Leal-Fierro<br>A208 176 263<br>Oscar Filimon Sotelo-Popoca<br>A089 813 631<br>*Defendants* | ) <br> ) <br> ) Case No.  16-6492 MJ<br> ) <br> ) <br> ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### Count 1

Beginning at a time unknown, until on or about November 1, 2016, at or near Ajo, Arizona, in the District of Arizona, Josue Guadalupe Baylon-Gomez, Daniel Avilez-Galeano, Severo Leal-Fierro, and Oscar Filimon Sotelo-Popoca knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown, to commit the offense of possession of marijuana with intent to distribute, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

### Count 2

On or about the date of November 1, 2016, in the District of Arizona, Oscar Filimon Sotelo-Popoca violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Oscar Filimon Sotelo-Popoca, an alien, was found in the United States of America at or near Ajo, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near, Nogales, Arizona on or about December 16, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol Agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:   AUSA Margaret Perlmeter for AUSA Jillian Besancon

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Timothy S. Goodin
U.S. Border Patrol Agent
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____November 3, 2016_____

_____
*Judge's signature*

David K. Duncan
United States Magistrate Judge
_____
*Printed name and title*

City and state: _____Phoenix, Arizona_____

2

## STATEMENT OF PROBABLE CAUSE

I, Timothy S. Goodin, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol Agent.  I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. I know from my own experience and based on discussions with other law enforcement agents that the main narcotic smuggled by the drug trafficking organizations (DTOs) operating in the Arizona desert is marijuana. While there are loads of hard narcotics— to include cocaine, methamphetamine, and heroin—marijuana accounts for over 98% of the narcotics seized in the desert.

3. Marijuana backpackers working for the DTOs are responsible for carrying the marijuana from the Republic of Mexico into the United States.  This is accomplished by placing the bales of marijuana into burlap backpacks and carrying them on their back.  The size of the backpacking groups is generally between 8 and 12 people.  This includes a foot guide and "encargado" (person in charge) who do not typically carry backpacks.  This leaves between 6 and 10 subjects carrying backpacks in the group.  The typical weight of a backpack being carried by groups in the area is between 25 and 40 kilograms (50-80 pounds).  The backpacks generally contain two bales of marijuana, weighing approximately 12 kilograms each, but sometimes subjects carry large backpacks with three bales in them.  A normal sized group for the area is carrying between 150-200 kilograms of marijuana.

1

4. The DTOs use mountaintop scouts to guide the marijuana backpacker groups across the U.S./Mexico border and into the interior of the United States. The scouts are generally positioned at high points on the mountain that provide them with a good view but that also help them hide from law enforcement that may be in the area.  These points are also selected based upon the location of the other scouts, as they rely upon a "line of sight" method to relay messages up and down the smuggling route. Scouts operating in the west desert generally have binoculars, spotting scopes, supplies of food, water, and other basic commodities needed for survival. They also have handheld radios and/or cell phones and solar panel charging stations. These items are used by the scouts to locate and identify law enforcement near their mountain, and then relay law enforcements location to groups of marijuana backpackers in the vicinity of the scout's hill. By relaying this information to the groups on the ground via their communication devices, the groups' chances of successfully evading law enforcement is greatly increased.

5. Many of the mountaintop locations utilized by scouts have been used for years. These sites are littered with items used by previous scouts, and over time the locations are turned into well-developed base camps. These base camps often have cooking areas with fire pits, food storage areas hidden with rocks, rock walled hiding locations used for scouting, sleeping areas with cover from the environment and law enforcement, and well-worn paths between these locations similar to those you would see at a national park hiking area. When law enforcement encounters scouts atop the mountains, their

2

supplies, sleeping bags, and equipment are usually neatly placed and well organized in the various hiding locations.

6. The Ajo Border Patrol Station agents has encountered scouts working atop mountains very far into the United States. Many of the scouts have extensive personal experience traversing the desert through the Ajo Border Patrol Station's area of operation, and they are able to direct the groups along commonly used routes with a high rate of success. On several occasions the Ajo border patrol agents have apprehended scouts atop mountains and shortly thereafter, groups of marijuana backpackers have begun walking undirected into open areas where they were spotted by Border Patrol surveillance assets and apprehended.

7. On November 1, 2016, at approximately 2:20 pm, Border Patrol Agents (BPA) Matthew Smith and BPA Curtis Gillette were performing their assigned duties near Crater Range on the U.S. Air Force, Barry M. Goldwater Range near Ajo, Arizona, which runs east and west of State Route 85. This area is commonly used to smuggle narcotics because of its strategic location along a busy drug trafficking corridor, and because it offers high ground for scouts and great concealment for backpackers. Backpackers, scouts and their resupplies are routinely encountered in this area.  On November 1, 2016, Agent Gillette advised Agent Smith that about some movement on the top of a mountain just ahead of their location. Agent Smith and Gillette noticed foot prints on a trail leading to the top of a saddle, in the mountain range. When the agents arrived at the top of the saddle they noticed trash such as discarded black water bottles and food wrappers left under paloverde trees.  Such areas are referred to as lay-up spots;

3

they are locations where groups of backpackers take breaks along their drug smuggling routes. From the lay-up spot agent Smith noticed what he presumed to be a person standing at the edge of a cliff near their location. Agents Smith and Gillette then discussed the best way to approach the area of suspected activity without alerting any suspects.

8. As Agents Smith and Gillette walked to the northern end of the cliff they noticed a trail with recent footprints. They heard voices communicating in Spanish as they advanced along the trail. As Agent Smith looked closer he noticed two subjects, approximately fifty (50) feet away from their location, one was standing and the other was sitting under a paloverde tree. While assessing the situation, one subject walked away. When Agents Smith and Gillette were twenty feet away from the subjects, Agent Smith smelled the odor of burning marijuana and heard coughing just beyond the paloverde he was hiding in.

9. The two subjects were apprehended and identified as Baylon-Gomez and Aviles-Galeano. A third individual, later identified as Sotelo-Popoca, returned to the area and was apprehended.  A few minutes later, the fourth individual, Leal-Fierrero was apprehended on a nearby trail.

10. Agent Smith performed an immigration inspection and all four (4) subjects were determined to be Mexican nationals illegally present in the United States.

11. Agent Gillette located two (2) Solar Panels, four (4) Cellular phones, two (2) Nikon binoculars, two (2) radios, two (2) radio chargers, and four (4) radio batteries. All items

4

were seized and all subjects were walked down the mountain and transported to the Ajo Border Patrol Station for further processing.

12. Oscar Filimon Sotelo-Popoca was interviewed by BPA Osvaldo Moncada on November 01, 2016, at 9:05 pm. Sotelo-Popoca stated that he was born in Ixtapan de La Sal, Estado de Mexico, Mexico on November 23, 1989 and is a citizen or national of Mexico. Sotelo-Popoca stated that he does not have any documentation to enter, pass through, or remain in the United States legally. Sotelo-Popoca stated that he crossed into the United States approximately fifteen days ago through Sonoyta, Sonora, Mexico. He stated that he originally traveled with a group of six (6) individuals carrying marijuana bundles and one (1) scout. Sotelo-Popoca stated this was his first time working as a scout and that the other scouts told him to stay in the mountains and wait. He had yet to help any groups cross and stated that he was not going to be paid to cross any groups. Sotelo-Popoca stated he was with three other people in the mountains but did not know their names. He was also unaware of how many days he would spend on the mountain top. Sotelo-Popoca stated that he was given binoculars, cell phones, and radios to communicate but did not know when the actual scouts were coming back. Sotelo-Popoca stated that he was unaware that transporting or assisting with drug transportation into the United States is a crime. Sotelo-Popoca was shown two photo lineups where he identified two individuals that were part of his marijuana bundle carrying group. The two individuals were later identified as Josue Guadalupe Baylon-Gomez and Severo Leal-Fierro. The interview was concluded at approximately 9:33 pm.

5

13. Daniel Aviles-Galeano was interviewed on November 01, 2016, at 9:51 pm. Aviles-Galeano stated that he was born in Chilpancingo, Guerrero, Mexico, on January 2, 1995, and is a citizen or national of Mexico. Aviles-Galeano stated that he does not have any documentation to enter, pass through, or remain in the United States legally. Aviles-Galeano stated that he crossed into the United States approximately fifteen (15) days ago but is unaware of exactly where they crossed the Mexico and U.S. border. Aviles-Galeano stated he has been working as a scout for approximately two weeks and was planning to stay on the mountain for one month. He was shadowing another scout and would help by charging the radio batteries. Aviles-Galeano stated that he has yet to help any groups cross but would be paid $500.00 U.S. Dollars for every group he eventually helped cross. They used radios to communicate with the groups and had other supplies such as blankets, radios, and solar panels. Aviles-Galeano stated that they would call for food to be resupplied. Aviles-Galeano stated he was aware that transporting or assisting with drug transportation into the United States is a crime but was unaware that human trafficking is a crime. According to Aviles-Galeano, the actual scout and the other scouts of the group were apprehended with him, but he was unable to identify any subjects, scouts or otherwise, after reviewing two photo lineups prepared by Border Patrol Agents. The interview concluded at approximately 10:07 pm.

14. For these reasons, this affiant submits that there is probable cause to believe from a time unknown until on or about November 1, 2016, Josue Guadalupe Baylon-Gomez, Daniel Avilez-Galeano, Severo Leal-Fierro, and Oscar Filimon Sotelo-Popoca, knowingly and intentionally combined, conspired, confederated and agreed with persons unknown, to

6

possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

Additionally, this affiant submits there is probable cause to believe that on or about the November 1, 2016, Oscar Filimon Sotelo-Popoca, an alien, was found in the United States of America at or near Ajo, in the District of Arizona after having been previously denied admission, excluded, deported, and removed from the United States at or near, Nogales, Arizona on or about December 16, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

Timothy S. Goodin
U.S. Border Patrol Agent


Sworn to and subscribed before me
This 3rd day of November 2016.

David K. Duncan
United States Magistrate Judge